UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ROBERT O'SHEA, CHAIRMAN OF THE WARD 6 DEMOCRATIC COMMITTEE, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> BOSTON CITY COUNCIL, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:22-cv-12048-PBS |

## ASSENTED-TO MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT

Defendant Boston City Council hereby respectfully requests an extension of time to file a responsive pleading to the Plaintiffs' First Amended Complaint until January 16, 2023. Plaintiffs, through counsel, have assented to this motion.

Respectfully submitted,

BOSTON CITY COUNCIL

By their attorneys,

/s/ Lon F. Povich
Lon F. Povich (BBO #544523)
 lpovich@andersonkreiger.com
Christina S. Marshall (BBO #688348)
 cmarshall@andersonkreiger.com
ANDERSON & KREIGER LLP
50 Milk Street, 21st Floor
Boston, MA 02109
617.621.6500

Jennifer Grace Miller (BBO #636987)
 Tel: (617) 557-9746
 jmiller@hembar.com
M. Patrick Moore, Jr. (BBO #670323)
 Tel: (617) 557-9715
 pmoore@hembar.com
HEMENWAY & BARNES LLP
75 State Street Boston, MA 02109

        Samantha Fuchs (BBO# 708216)  
        Assistant Corporation Counsel  
        City of Boston Law Department  
        City Hall, Room 615  
        Boston, MA 02201  
        (617) 635-4034  
        Samantha.Fuchs@boston.gov  

Dated:  December 8, 2022

## Certificate of Service

      I hereby certify that a true and accurate copy of this document was filed through the Electronic Case Filing system, and will be served upon the attorney of record for each party registered to receive electronic service on this 8th day of December 2022.

      /s/ Lon F. Povich  
      Lon F. Povich