UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| ROBERT O'SHEA, CHAIRMAN OF THE WARD 6 DEMOCRATIC COMMITTEE, et al.,<br><br>         Plaintiffs,<br><br>    v.<br><br>BOSTON CITY COUNCIL,<br><br>         Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:22-cv-12048-PBS<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please withdraw the appearance of M. Patrick Moore, Jr. for the defendant, Boston City Council, in this matter.

Respectfully submitted,

BOSTON CITY COUNCIL

By their attorney,

*/s/ M. Patrick Moore, Jr.*
M. Patrick Moore, Jr. (BBO #670323)
HEMENWAY & BARNES LLP
75 State Street
Boston, MA 02109
Tel: (617) 557-9715
pmoore@hembar.com

Dated:  January 9, 2023

Certificate of Service

I hereby certify that a true and accurate copy of this document was filed through the Electronic Case Filing system, and will be served upon the attorney of record for each party registered to receive electronic service on this 9th day of January 2023.

/s/ *M.Patrick Moore, Jr.*
M. Patrick Moore, Jr.