UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RASHEED WALTERS, RITA DIXON, SHIRLEY SHILLINGFORD, MAUREEN FEENEY, PHYLLIS CORBITT, Individually and as President of the Massachusetts Union of Public Housing Tenants, THE SOUTH BOSTON CITIZENS ASSOCIATION, MARTIN F. MCDONOUGH AMERICAN LEGION POST, ST. VINCENT'S LOWER END NEIGHBORHOOD ASSOCIATION, and OLD COLONY TENANT ASSOCIATION, GLADYS BRUNO, ZHENG HUANHUA, CARMEN LUISA GARCIA TERRERO, CARMEN GARCIA-ROSARIO, and ELEANOR KASPER,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>THE CITY OF BOSTON, MICHELLE WU, in her official capacity of the Mayor of the City of Boston, ENEIDA TAVARES, in her official capacity as Commissioner of the Boston Election Commission, and THE BOSTON CITY COUNCIL,<br><br>　　　　　　　Defendants. | Civil Action No. 1:220cv012048-PBS |

## PLAINTIFFS' LIST OF WITNESSES

Now Come the Plaintiffs and respectfully submit the following list of witnesses Plaintiffs intend to call at the Hearing on Plaintiffs' First Motion for Preliminary Injunction scheduled to be heard on March 14, 2023:

U.S. Congressman Stephen Lynch
One Harbor Street, Suite 101
South Boston, MA 02210

Boston City Councilor Michael Flaherty
1 City Hall Square
Boston, MA 02201

Boston City Councilor Nicholas Collins
1 City Hall Square
Boston, MA 02201

Boston City Councilor Edward Flynn
1 City Hall Square
Boston, MA 02201

Rasheed Walters
30 Fendale Ave, Unit 2
Dorchester, MA 02124

Shirley Shillingford
22 Wensley St
Boston, MA 02120

Rita Dixon
34 Mamelon Cir. #2
Mattapan, MA 02126

Maureen Feeney
160 Milton St.
Dorchester, MA 02124

Phyllis Corbitt
229 E 8th St, Apt. 405
Boston, MA 02127

Zheng Huanhua
20 Patterson Way, Apt 412
South Boston, MA 02127

Carmen Garcia-Rosario
66 Crowley Rogers Way
South Boston, MA 02127

Carmen Luisa Garcia Terrero
7 McDonough Way, Apt # 17
South Boston, MA 02127

Eleanor Kasper
125 W 3rd St
Boston, MA 02127

Gladys Bruno
103 Mercer St, Unit 201
South Boston, MA 02127

        Respectfully Submitted,
        Plaintiffs,
        By their Attorneys,

/s/ Paul Gannon, Esq.
Paul Gannon, Esquire
Law Office of Paul Gannon, P.C.
546 E. Broadway
South Boston, MA 02127
(617) 269-1993
BBO# 548865
pgannon@paulgannonlaw.com

/s/ Glen Hannington
Glen Hannington, Esq.
LAW OFFICES OF GLEN HANNINGTON
Ten Post Office Square, 8th Floor South
Boston, MA 02109
TEL#: (617) 725-2828
BBO#: 635925
glenhannington@aol.com

/s/ Frederick E. Dashiell
Frederick E. Dashiell, Esq.
Dashiell & Associates, P.C.
6 Codman Hill Avenue
Boston, Massachusetts 02124
Ph: (617) 590-5780 (Direct Line)
Fax: (972) 474-9171
BBO# 114520
fred.dashiell@gmail.com

CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of this document was filed through the ECF System and will be served upon the attorney of record for each party registered to receive electronic service on this the 7th day of March 2023.

/s/ Glen Hannington