UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RASHEED WALTERS, RITA DIXON, SHIRLEY SHILLINGFORD, MAUREEN FEENEY, PHYLLIS CORBITT, Individually and as President of the Massachusetts Union of Public Housing Tenants, THE SOUTH BOSTON CITIZENS ASSOCIATION, MARTIN F. MCDONOUGH AMERICAN LEGION POST, ST. VINCENT'S LOWER END NEIGHBORHOOD ASSOCIATION, and OLD COLONY TENANT ASSOCIATION,  GLADYS BRUNO, ZHENG HUANHUA, CARMEN LUISA GARCIA TERRERO, CARMEN GARCIA-ROSARIO, and ELEANOR KASPER,<br><br>    Plaintiffs,<br><br>v.<br><br>THE CITY OF BOSTON, MICHELLE WU, in her official capacity of the Mayor of the City of Boston, ENEIDA TAVARES, in her official capacity as Commissioner of the Boston Election Commission, and THE BOSTON CITY COUNCIL,<br><br>    Defendants. | Civil Action No. 1:22cv012048-PBS |

## JOINT LIST OF WITNESSES

Now Come the Plaintiffs and respectfully submit the following Amended List of Witnesses.

**Plaintiffs' Witnesses**

Plaintiffs intend to call at the Hearing on Plaintiffs' First Motion for Preliminary Injunction scheduled to be heard on March 14, 2023:

1. U.S. Congressman Stephen Lynch (in person)
   One Harbor Street, Suite 101
   South Boston, MA 02210
   Estimated direct examination: 30 minutes.

2. Boston City Councilor Michael Flaherty (in person)
   1 City Hall Square
   Boston, MA 02201
   Estimated direct examination: 60 minutes.

   The Plaintiffs intend to call the following witnesses in person at the hearings on the week of March 27, 2023:

3. Senator Nicholas Collins
   1 City Hall Square
   Boston, MA 02201
   Estimated direct examination: 35 minutes.

4. Maureen Feeney – District 4 Resident and Boston City Clerk (Ret.)
   160 Milton St.
   Dorchester, MA 02124
   Estimated direct examination: 30 minutes.

5. Rasheed Walters – District 4 Resident & Political Historian
   30 Fendale Ave, Unit 2
   Dorchester, MA 02124
   Estimated direct examination: 30 minutes

6. Eleanor Kasper – District 2 Resident
   125 W 3rd St
   Boston, MA 02127
   Estimated direct examination: 30 minutes

7. Boston City Councilor Edward Flynn
   1 City Hall Square
   Boston, MA 02201
   Estimated direct examination: 30 minutes.

   Defendants state that Plaintiffs have declined to share any anticipated areas of testimony with the Defendant and therefore Defendant is unable to estimate the length of its anticipated cross examination. Defendant hopes that any such cross examination will take no longer than direct, but reserves its rights if witnesses give unexpected testimony.

**Defendants' Witnesses**

Defendants intend to call the following witness in person at the hearings on the week of March 27, 2023:

1. Moon Duchin, Ph.D.
   Professor of Mathematics,
   Senior Fellow in the Jonathan Tisch College of Civic Life, at Tufts University
   Barnum Hall
   163 Packard Ave
   Medford, MA 02155
   Estimated direct examination: 90 minutes.
   Estimated cross-examination: 90 minutes.

    Respectfully Submitted,
    Plaintiffs,
    By their Attorneys,

    /s/ Paul Gannon, Esq.
    Paul Gannon, Esquire
    Law Office of Paul Gannon, P.C.
    546 E. Broadway
    South Boston, MA 02127
    (617) 269-1993
    BBO# 548865
    pgannon@paulgannonlaw.com

    /s/ Glen Hannington
    Glen Hannington, Esq.
    LAW OFFICES OF GLEN HANNINGTON
    Ten Post Office Square, 8th Floor South
    Boston, MA 02109
    TEL#: (617) 725-2828
    BBO#: 635925
    glenhannington@aol.com

    /s/ Frederick E. Dashiell
    Frederick E. Dashiell, Esq.
    Dashiell & Associates, P.C.
    6 Codman Hill Avenue
    Boston, Massachusetts 02124
    Ph: (617) 590-5780 (Direct Line)
    Fax: (972) 474-9171
    BBO# 114520
    fred.dashiell@gmail.com

Defendants,
By its attorneys,

/s/ Lon F. Povich
Lon F. Povich (BBO # 544523)
Christina S. Marshall (BBO #688348)
ANDERSON & KREIGER LLP
50 Milk Street, 21st Floor
Boston, Massachusetts 02109
(617) 621-6500
lpovich@andersonkreiger.com
cmarshall@andersonkreiger.com

Jennifer Grace Miller (BBO # 636987)
HEMENWAY & BARNES LLP
75 State Street, 16th Floor
Boston, MA 02109
(617) 557-9746
jmiller@hembar.com

CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of this document was filed through the ECF System and will be served upon the attorney of record for each party registered to receive electronic service on this the 10th day of March 2023.

                                          /s/ Glen Hannington