UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RASHEED WALTERS, et al.,      ) | |
|                   ) | |
|             Plaintiffs,    ) | |
| v.                        ) | Civil Action No. 1:22-cv-12048-PBS |
|                   ) | |
| THE CITY OF BOSTON, et al.,    ) | |
|                   ) | |
|             Defendants.    ) | |

## SECOND AFFIDAVIT OF SABINO PIEMONTE

I, Sabino Piemonte, on oath hereby do depose and say as follows:

1.      I am employed by the City of Boston as the Head Assistant Registrar of Voters

for the Elections Department.  I have personal knowledge of the matters stated in this Affidavit.

2.      I submit this Affidavit in support of the City's Supplemental Opposition to

Plaintiff's Motion for Preliminary Injunction Following Plaintiffs' Second Amended Complaint.

3.      Attached as **Exhibit A** to this Affidavit is a true and accurate copy of the 2023

Municipal Election Calendar.

4.      Using records from the City's elections database, I gathered the following

information about the current voter registration status of the six new individual plaintiffs in this

action:

|  | Address | District Voter was registered to vote in prior to 2022 Redistricting | District Voter was registered to vote in after 2022 Redistricting |
|---|---|---|---|
| Rasheed Walters | 30 Fendale Ave 02124 | 4 | 4 |
| Gladys Bruno | 103 Mercer Street 02127 | 2 | 3 |
| Zheng Huanhua | 9 Gavin Way | 3 | 3 |
| Carmen Luisa Garcia Terrero | 7 McDonough Way 02127 | 3 | 3 |
| Carmen Garcia-Rosario | 66 Crowley Rogers Way 02127 | 2 | 2 |
| Eleanor Kasper | 125 West Third St 02127 | 2 | 3 |

Signed under the pains and penalties of perjury this 27 day of March, 2023.

Sabino Piemonte

# EXHIBIT A



**CITY OF BOSTON**
# 2023 ELECTION CALENDAR
**BOARD OF ELECTION COMMISSIONERS**
**BOSTON CITY HALL - ROOM 241**

**PRELIMINARY MUNICIPAL ELECTION AND MUNICIPAL ELECTION**

**SIGNATURE REQUIREMENTS**

**1500 Certified** Signatures of Registered Voters required for **At Large City Councillor**
**200   Certified** Signatures of Registered Voters required for **District City Councillor**

Residency Requirement for **District City Councillor**:: Candidates running for District City Councillor must have been an inhabitant of said district at least one year preceding the election (St. 1982, Chapter 605, Section 6). For Election Day November 7, 2023, candidates must have resided in their district prior to November 8, 2022.

**The Boston Election Department will certify only up to an additional 20% more than the requirement.**

**DEADLINE DATES**

**April 19th**      9:00 a.m. -- First hour and day for making application for nomination papers at the Boston Election Department in Boston City Hall Room 241.  In order for candidates to receive nomination papers, a statement of Candidacy must be completed by the candidate (not a representative), in the Election Commission office.

**May 2nd**      9:00 a.m. -- First hour and day for distribution of nomination papers from the Boston Election Department in Boston City Hall Room 241.

**May 16th**      5:00 p.m. -- Last hour and day for making application and distribution of nomination papers at the Boston Election Department in Boston City Hall Room 241.

**May 23rd**      5:00 p.m. -- Last hour and day for filing nomination papers at the Boston Election Department in Boston City Hall Room 241.

**June 27th**      5:00 p.m. -- Last hour and day for registrars to complete certification of signatures.

**July 5th**      5:00 p.m. -- Last hour and day for filing withdrawals or objections to nomination of candidates for City Offices at the Boston Election Department in Boston City Hall Room 241.

**July 5th**      5:00 p.m. -- Last hour and day for filing withdrawals of nomination of candidates for City Offices where substitutions can be made at the Boston Election Department in Boston City Hall Room 241.

**July 5th**      5:00 p.m. -- Last hour and day for filing substitutions caused by withdrawals or ineligibility at the Boston Election Department in Boston City Hall Room 241.

---

## *Important dates for Municipal Elections and Voter registration deadline*

**September 2nd**      **5**:00 p.m. -- Last hour and day for registration of voters for Preliminary Municipal Election.

      **September 2nd – September 8th**      **Early Voting – schedule to follow**

**September 12th**      7:00 a.m. to 8:00 p.m. -- **PRELIMINARY MUNICIPAL ELECTION.**


**October 28th**      **5**:00 p.m. -- Last hour and day for registration of voters for Municipal Election.

      **October 28th  – November 3rd**      **Early Voting – schedule to follow**

**November 7th**      7:00 a.m. to 8:00 p.m. -- **MUNICIPAL ELECTION.**

---