UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                            )
RASHEED WALTERS, et al.,                    )
                                            )
            Plaintiffs,                     )
                                            )
v.                                          )   Civil Action No. 1:22-cv-12048-PBS
                                            )
THE CITY OF BOSTON, et al.,                 )
                                            )
            Defendants.                     )
_____ )

## JOINT EXHIBIT LIST

|   | NAME | DATE ADMITTED |
|---|------|---------------|
| 1 | Second Amended Complaint, Tabs A-S | March 28, 2023 |
| 2 | City Council Minutes on Redistricting from 9/28/2021 – 11/02/2022 | March 28, 2023 |
| 3 | City Council Order for the Adoption of City Council Redistricting Principles, September 28, 2022 | March 28, 2023 |
| 4 | October 19, 2022 Letter from City of Boston Law Department to the Committee on Redistricting | March 28, 2023 |
| 5 | Boston City Council Districts Maps<br><br>a. Boston City Council Districts Baseline with updated Precincts 2022, Docket #1089, September 20, 2022 and All Districts Summary Report<br><br>b. City Council Redistricting – Docket #1275 Committee Report, November 2, 2022, and All Districts Summary Report<br><br>c. City Council Redistricting – Docket #1351 Councilor Flaherty, November 2, 2022<br><br>d. Boston City Council Districts, 2016 Revised Plan | March 28, 2023 |
| 6 | City Council Committee on Redistricting, Report of Committee Chair, November 2, 2022 | March 28, 2023 |

| 7 | Quotes from Boston City Council Working Sessions on September 30 and October 7, 17, and 20, 2022<br><br>    a. Video snippets of quotes, Tabs 1A-4B (contained in Flash drive in Exhibit 16) | March 28, 2023 |
|---|---|---|
| 8 | Curriculum Vitae of Dr. Moon Duchin | March 28, 2023 |
| 9 | Affidavit of Moon Duchin, February 21, 2023 | March 28, 2023 |
| 10 | An Analysis of Voting Patterns by Race and an Assessment of Minority Voters' Opportunities to Elect Candidates in Recent Boston Municipal Elections, by Dr. Lisa Handley | March 28, 2023 |
| 11 | Affidavit of Sabino Piemonte (January 13, 2023) | March 28, 2023 |
| 12 | Affidavit of Michelle Goldberg (January 13, 2023), Tabs A-L | March 28, 2023 |
| 13 | Second Affidavit of Sabino Piemonte (March 27, 2023) | March 28, 2023 |
| 14 | Second Affidavit of Michelle Goldberg (March 27, 2023) | March 28, 2023 |
| 15 | Quotes from Boston City Council Working Session on October 25, 2022, Tabs A-G<br><br>    a. Video snippets of quotes (contained in Flash drive in Exhibit 16) | March 28, 2023 |
| 16 | Flash drive: Videos of Boston City Council and Redistricting Committee Meetings on September 30 and October 7, 17, 20, 21, and 25, 2022, Tabs 1-7 | March 28, 2023 |
| 17 | Voter Turnout Percentage Chart | March 28, 2023 |
| 18 | City Council Committee on Redistricting proposed plan submitted by Chair Councilor Breadon and Vice Chair Councilor Worrell (Docket #1216) | March 28, 2023 |
| 19 | Ed Flynn Facebook Posts | March 28, 2023 |
| 20 | Table: Population reassignment across districts (Dr. Moon Duchin) | March 28, 2023 |
| 21 | Tables of City Councilors and Redistricting Committee | March 28, 2023 |
| 22 | Dr. Moon Duchin submissions to Boston City Council | March 28, 2023 |

|    |                                                                                                                                                                                                                                                                      |                |
|----|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|----------------|
|    | a. Best Practices for Local Redistricting, Moon Duchin, Tufts University, October 20, 2022  b. Increasing electoral opportunity in Boston City Council, Moon Duchin and Chanel Richardson, MGGG Redistricting Lab, October 25, 2022                                   |                |
| 23 | Quotes from Boston City Council Working Session on October 21, 2022, Tabs A-H  a. Video snippets of quotes (contained in Flash drive in Exhibit 16)                                                                                                                    | March 28, 2023 |
| 24 | Email correspondence of Redistricting Committee                                                                                                                                                                                                                      | March 28, 2023 |
| 25 | City of Boston Election Department Ward and Precinct Voter Turnout 2019 & 2021                                                                                                                                                                                       | March 28, 2023 |
| 26 | Flash drive: Screen recording of Dr. Moon Duchin testimony on April 3, 2023                                                                                                                                                                                          | March 28, 2023 |