UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RASHEED WALTERS, et al.,

    Plaintiffs,

    v.

THE BOSTON CITY COUNCIL, et al.

    Defendants.

C.A. No.: 1:22-cv-12048-PBS

**THE CITY'S RESPONSE TO THE MOTION BY THE NAACP BOSTON BRANCH, MASSVOTE, MASSACHUSETTS VOTER TABLE, LA COLABORATIVA, CHINESE PROGRESSIVE ASSOCIATION, AND NEW ENGLAND UNITED FOR JUSTICE FOR LEAVE TO INTERVENE**

    Defendants Boston City Council, Michelle Wu, in her Official Capacity as Mayor of the City of Boston, City of Boston and Eneida Tavares, in her Official Capacity as Commissioner of the Boston Election Commission (collectively, the "City"), take no position on the Motion to Intervene filed by the NAACP-Boston Branch, MassVOTE, Massachusetts Voter Table, La Colaborativa, Chinese Progressive Association, and New England United for Justice ("Proposed Intervenors").

    Given that the City is taking no position, it will not respond to what it believes are factual inaccuracies in the motion. However, the City notes that the political process of redrawing the district map has only just begun at the City Council, which this Court stated was "best positioned to redraw the lines in light of traditional districting principles and the Constitution." As part of that process, the City Council will consider all proposed maps that are properly filed, including that recently proposed by Mayor Wu. The Proposed Intervenors, like all other stakeholders, will have a robust opportunity to participate in that political process and provide public comment or

1

testimony.  Until the City Council chooses a map that is approved by the Mayor, it is premature to speculate on the City's alleged "priorities" in redrawing the district map, or to have parties engage in further litigation before this Court.

Dated: May 23, 2023                              Respectfully submitted,

                                                    THE CITY OF BOSTON, et al.,
                                                    By their attorneys,

                                                    /s/     Lon F. Povich
                                                    Lon F. Povich (BBO # 544523)
                                                    Christina S. Marshall (BBO #688348)
                                                    ANDERSON & KREIGER LLP
                                                    50 Milk Street, 21st Floor
                                                    Boston, Massachusetts 02109
                                                    (617) 621-6500
                                                    lpovich@andersonkreiger.com
                                                    cmarshall@andersonkreiger.com

                                                    Jennifer Grace Miller (BBO # 636987)
                                                    HEMENWAY & BARNES LLP
                                                    75 State Street, 16th Floor
                                                    Boston, MA 02109
                                                    (617) 557-9746
                                                    jmiller@hembar.com

## Certificate of Service

      I hereby certify that a true and accurate copy of this document was filed through the Electronic Case Filing system, and will be served upon the attorney of record for each party registered to receive electronic service on this 23rd day of May 2023.

                                                    /s/  Christina S. Marshall
                                                    Christina S. Marshall