**Maryellen Molloy**

| | |
|---|---|
| From: | towniemoe@aol.com |
| Sent: | Tuesday, May 16, 2023 7:29 PM |
| To: | Maryellen Molloy |
| Subject: | Redistributing Map option |

**CAUTION - EXTERNAL:**

May 16, 2023

Dear Honorable Judge Saris,

I, Maurice J. Gillen, am a lifelong resident of Charlestown, Massachusetts. I have been an active member of the community. I have served on many community organizations such as the Lions Club, Old School Boys, Constituent Service Representative for the former Massachusetts Senator Jarrett Barrios. I served on Justice Garrity's City Wide Coordinating Council during the early days of the forced bussing ruling.

Charlestown is a community with roots going back to the Revolutionary war which ultimately lead to the forming of the United States Constitution and our country. Individual citizens came together to challenge the practice of taxation without representation. Today Charlestown is a vibrant and diverse community. The current maps both current and as proposed by the City Council and Mayor Michelle Wu places Charlestown in the unenviable position of once again being in a system of government that swallows it up in a voting district that puts the citizens of Charlestown in a situation where their voice is rendered irrelevant.

I drafted a map that I and many believe is a fair map for all districts and finally gives the citizens of Charlestown a voice in the political process. I have verbally and in writing expressed my concerns to Mayor Michelle Wu and the Boston City Council.

A common theme in the latest redistricting process over the past month for councillors and all applicable stakeholders like myself is to have a map of their own. Everyone has a map. Everyone releases a map. So, I've also decided to release my own map – the Moe Map. Please see my proposal below for a new voting district map.

There are three key guideposts to the Moe Map:
•First and foremost, I propose to remove Charlestown from District 1. This is long overdue as the Town has very little in common with the North End and East Boston as it used to at one time. Even the schools like the Edwards that housed so many East Boston students have shut down as the neighborhood connection no longer exists as it did in times of old. Now, Charlestown has so much

1

more in common with the Back Bay, Beacon Hill, and Fenway than it does with East Boston and the North End. In fact, many families from Beacon Hill and Back Bay now travel to Charlestown to play sports and for social occasions with and without children. There is a natural coming and going that already exists, and this is also the case with the issues that face these areas. Charlestown has much more in common with Back Bay and Beacon Hill than it does East Boston. I propose we move Charlestown into District 8 to align with these new commonalities and a geography not separated by Harbor and tunnel.

• The second guidepost would solve the problem in District 7 – or Roxbury. By moving Charlestown into District 8, you can then move Mission Hill (which is part of Roxbury according to the US Postal Service) into District 7. Charlestown has a population of 19,120 residents and Mission Hill has a population of 17,886, so it's not an even switch. To balance, the Moe Map would move Mission Hill and Audubon Circle into District 7. This is consistent with the 7th Suffolk state representative seat held by Chynah Tyler now, where she represents Audubon Circle and Roxbury. Plus, Audubon Circle and Mission Hill have aligned for many years on issues related to hospital expansion and the Red Sox mitigation plans. Adding these new territories to District 7 would then relieve the pressure that has been going on in the Grove Hall area where District 7 seems to creep into territory firmly established as District 4, irritating residents, and leaders in District 4.

• And so, what about District 1? Fixing District 1 also fixes District 2, which has grown too large with the Seaport. Placing the Seaport areas, and maybe some of the booming new areas north of Broadway, into District 1 would balance out the loss of Charlestown. Then you have a District made up of East Boston, the North End and Seaport. That will also allow South Boston/District 2 to remain whole – not losing Chinatown, the girth of South Boston and parts of the South End.
Anyway, I hope you will consider my plan and implement the Moe Map into your final recommendations. I've thought a lot about this and looked at the areas and the numbers. The key point is it is time for Charlestown to be carved out of District 1 and placed within a more common-sense


I am humbly and respectfully requesting the court consider my concerns.  I may be contacted at <u>towniemoe@aol.com</u>
Please see my proposed voting district map for details.


Respectfully,
Maurice J. Gillen

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.