UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RASHEED WALTERS, et al., )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>THE CITY OF BOSTON, et al., )<br>)<br>Defendants. )<br>) | Civil Action No. 1:22-cv-12048-PBS |

## STATUS REPORT

The defendants submit the following report to update the Court on the actions taken by the City of Boston following the May 8, 2023 Memorandum and Order (the "Order") enjoining the defendants from using the redistricting map approved on November 2, 2022 in municipal elections. ECF No. 78, p. 41.

In the Order, this Court directed the City Council to "redraw the lines in light of traditional districting principles and the Constitution." *Id.* at 40. The City Council did so, meeting throughout May 2023 to consider a new map establishing districts in Boston. On May 24, 2023, the City Council voted 10-2 to approve a new redistricting map. On May 26, 2023, the Mayor signed the new map into law. The new map is attached as **Exhibit A** and Report of Committee Chair for the map is attached as **Exhibit B**.

In light of the upcoming Fall 2023 municipal elections and the deadlines dictated by the Charter of the City of Boston concerning the processes for prospective candidates to appear on those ballots, the City Council also voted unanimously on May 17, 2023 to file a Home Rule Petition ("Petition") in the General Court for a Special Law extending those deadlines. The Massachusetts House and Senate both voted to approve the Petition on May 30, 2023, and the

Governor signed the resulting act on May 30, 2023. Chapter 11 of the Acts of 2023 is attached as **Exhibit C**.

Respectfully submitted,

BOSTON CITY COUNCIL

By its attorneys,

/s/ Lon F. Povich
Lon F. Povich (BBO # 544523)
Christina S. Marshall (BBO #688348)
ANDERSON & KREIGER LLP
50 Milk Street, 21st Floor
Boston, Massachusetts 02109
(617) 621-6500
lpovich@andersonkreiger.com
cmarshall@andersonkreiger.com

Jennifer Grace Miller (BBO # 636987)
HEMENWAY & BARNES LLP
75 State Street, 16th Floor
Boston, MA 02109
(617) 557-9746
jmiller@hembar.com

June 2, 2023

### Certificate of Service

I hereby certify that a true and accurate copy of this document was filed through the Electronic Case Filing system, and will be served upon the attorney of record for each party registered to receive electronic service on this 2nd day of June, 2023.

/s/ Christina S. Marshall
Christina S. Marshall
