# **<u>EXHIBIT A</u>**



Today, the Boston City Council voted 10 - 2 to approve a new district map. As the only two dissenting voices in the Council, we felt that a number of common community concerns had been ignored and that there was a lack of transparency in the process.

During redistricting, we had an opportunity to empower historically marginalized communities, but, instead of bolstering their power, we deprioritized them and maintained the status quo. Councilor Lara's map provided us with a clear path forward. It responded to the judge's order, and it did so in the least disruptive way possible while preserving communities of interest. The chair and the body did not properly consider this option to the detriment of Boston voters.

We want to thank the organizations, community leaders and residents of Boston who asked for this map to be considered. We would also like to thank Councilor Liz Breadon, the Chair of the Redistricting Committee, and her staff who navigated this process with grace while enduring personal attacks from members of this elected body throughout the redistribution process.

We fought hard and were able to preserve 14-14 within District 5. This is a win for Mattapan, as a community of interest and preserves it as an opportunity district. Although we still have a ways to go to enfranchise communities of interest all across the city, we believe that our dissenting votes send a clear message that there are still people on the Boston City Council that are willing to stand up to power.





# **EXHIBIT B**

# Boston City Council passes new redistricting map, avoiding delay of fall elections

May 24, 2023

By [Walter Wuthmann](#)



City of Boston redistricting map approved by City Council May 24, 2023. (Courtesy City Council)

The Boston City Council voted on Wednesday to pass a [new redistricting map](#), hitting a key deadline and avoiding a delay of the fall elections.

The vote marks the conclusion of a brutal political process marked by personal insults and animosity. Councilors fought hard to keep specific precincts in their

districts after a federal judge blocked their first attempt at a map, ruling that the council had improperly considered race while drawing district lines.

*WBUR is a nonprofit news organization. Our coverage relies on your financial support. If you value articles like the one you're reading right now, give today.*

But the compromise map that civil rights committee chair Ruthzee Louijeune presented Wednesday had enough support to pass 10-2.

"We have a membership of 12," she said. "It is really difficult to get everyone and everything that everyone wants in a map."

The new map seeks to comply with the judge's order by keeping whiter, more conservative-leaning areas of southern Dorchester together in Councilor Frank Baker's District 3. Baker was one of the four councilors who personally helped fund the lawsuit against the old map.

The map also keeps a specific Mattapan precinct in Councilor Ricardo Arroyo's District 5. Arroyo had criticized Louijeune's map in the days leading up to the vote, for proposing to move parts of Mattapan out of his district, which he argued diluted the neighborhood's voting power.

On Wednesday, he voted in favor of the redrawn map.

The new map also unites the Little Saigon area of Dorchester, and keeps together Chinatown and South Boston.

The remaining dissenting voices were At-Large City Councilor Julia Mejia and Councilor Kendra Lara, whose District 6 includes parts of Jamaica Plain, Roslindale and West Roxbury.

"My 'no' vote today was a reflection of my disinterest in upholding the status quo here in the city of Boston," Lara said in an interview after the vote. "We got a once-in-a-decade opportunity to make sure that our most marginalized communities had the ability to elect the candidate of their choice, by making real decisions, and we didn't."

The map now goes to Mayor Michelle Wu for her signature. If approved, it will remain in place for the next 10 years.

# **EXHIBIT C**

