UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RASHEED WALTERS, et al.,

    Plaintiffs,

    v.

THE BOSTON CITY COUNCIL, et al.

    Defendants.

C.A. No.: 1:22-cv-12048-PBS

**CHINESE PROGRESSIVE ASSOCIATION'S NOTICE OF VOLUNTARY WITHDRAWAL AS A PROPOSED INTERVENOR**

On May 17, 2023, the Chinese Progressive Association joined a Motion to Intervene in this case (ECF No. 83) that remains pending before this Court. The Chinese Progressive Association, by and through its undersigned counsel, hereby gives notice to the Court and parties of its voluntary withdrawal as a proposed intervenor.

Dated: June 5, 2023

Respectfully submitted,

/s/   *Jacob M. Love*
Oren M. Sellstrom, Esq. (BBO #569045)
Jacob M. Love, Esq. (BBO #699613)
Lawyers for Civil Rights
61 Batterymarch St., 5th fl.
Boston, MA 02110
Tel: 857-264-0416
jlove@lawyersforcivilrights.org
osellstrom@lawyersforcivilrights.org

2

**CERTIFICATION OF SERVICE**

    I hereby certify that, on June 5, 2023, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by email to all parties by operation of this Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

                                                  /s/   *Jacob M. Love*