

**MLRI** MASSACHUSETTS LAW REFORM INSTITUTE

40 COURT STREET
SUITE 800
BOSTON, MA 02108

617-357-0700 PHONE
617-357-0777 FAX
WWW.MLRI.ORG

June 15, 2023

The Honorable Patti B. Saris
United States District Court Judge
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

RE: Rasheed WALTERS, et al., v. Boston City Council et al.
Civil Action No. 1:22cv012048-PBS

Dear Judge Saris,

I wanted to request that a correction be made in the docket in the case of *Rasheed Walters, et al., v. Boston City Council et al.*, Civil Action No. 1:22cv012048-PBS.

I am an attorney who represents and works with the Massachusetts Union of Public Housing Tenants (Mass Union), a non-profit organization that supports public housing tenants. Earlier this year, we were made aware that one of the named Plaintiffs in this case, Phyllis Corbitt, was listed both Individually and as President of the Massachusetts Union of Public Housing Tenants. As of April 30, 2022, Ms. Corbitt was no longer the President of Mass Union and Ms. Corbitt never received permission from the Board of Mass Union to represent them in this lawsuit.

We respectfully request that a correction made, if it has not already been made, to indicate that Ms. Corbitt is not representing the Mass Union and that the Mass Union be removed from this lawsuit as a listed Plaintiff. I have informed Plaintiff's Attorney Paul Gannon and Defendant's Attorney Lon Povich of this via phone.

Please let me know if you need further information.

Thank you,

Annette Duke
Housing Attorney

6/16/23
Plaintiffs shall move to amend or oppose this motion within two weeks. Pat S Saris

cc: Sarah Byrnes, Massachusetts Union of Public Housing Tenants, Executive Director

DOCKETED