UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| RASHEED WALTERS, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> THE CITY OF BOSTON, et al., ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 1:22-cv-12048-PBS |

## JOINT STATUS REPORT

Pursuant to this Court's June 15, 2023, Electronic Order, ECF No. 94, the parties file this joint status report.

1.  On June 22, 2023, the parties met and conferred to discuss a final resolution of this case and have agreed to the following substantive updates and proposed briefing schedule.

2.  Plaintiffs agree not to challenge the redistricting map approved by the Boston City Council on May 24, 2023, and signed into law by the Mayor on May 26, 2023 (the "new May 2023 Map"), either through a motion to amend their Complaint in this case or by filing a new lawsuitas to the new May 2023 Map.

3.  The parties agree that, after the City Defendants declined to appeal this Court's Memorandum and Order granting the Plaintiffs injunctive relief from the Defendants' use of their enacted November 2022 map and elected to enact the new May 2023 Map, a) the City Defendants have fully complied with this Court's Preliminary Injunction order; b) the injunctive relief granted on the merits of Plaintiffs' claims materially altered the legal relationship of the parties; c) the Plaintiffs have prevailing party status in that the prosecution of their constitutional claims in this case resulted in the beneficial modification of the Defendants' electoral districts; d) while the Plaintiffs did not prevail on their Voting Rights Act or Open

*[handwritten: Patti B Saris / Sealed]*

*[handwritten: 7/18/23 — The schedule is approved — the parties shall confer in advance to Attempt...]*