UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RASHEED WALTERS, et al., ) <br> ) <br> Plaintiffs, ) <br> v. ) <br> ) <br> THE CITY OF BOSTON, et al., ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 1:22-cv-12048-PBS |

## JOINT REQUEST FOR EXTENSION OF TIME

Pursuant to Fed. R. Civ. P. 6(b)(1), the parties jointly request an extension of time for filing of the Plaintiffs' fee petition and Defendants' Opposition in order to discuss settlement in accordance with this Court's July 18, 2023, Electronic Order, ECF No. 98. The parties respectfully request seven (7) business days to confer regarding this matter. In the event that the parties are not able to come to an agreement, the parties request that the Court endorse the following schedule for submission of the Plaintiffs' fee petition and Defendants' Opposition:

a. Plaintiffs' Petition for Attorneys' Fees to be filed on **August 4, 2023**;

b. Defendants' Opposition to be filed on **August 18, 2023**.

Respectfully submitted,

| PLAINTIFFS, | BOSTON CITY COUNCIL |
|---|---|
| By their attorneys, | By its attorney, |
| /s/ Paul Gannon | /s/ Samantha Fuchs |
| Paul Gannon (BBO# 548865) | Samantha Fuchs (BBO # 708216) |
| Law Office of Paul Gannon, P.C. | Assistant Corporation Counsel |
| 546 E. Broadway | City of Boston Law Department |
| South Boston, MA 02127 | City Hall, Room 615 |
| (617) 269-1993 | Boston, MA 02201 |
| pgannon@paulgannonlaw.com | (617) 635-4034 |
| | Samantha.Fuchs@boston.gov |

Glen Hannington (BBO # 635925)
Law Offices of Glen Hannington
10 Post Office Square, 8th Floor South
Boston, MA 02109
(617) 725-2828
glenhannington@aol.com


Frederick E. Dashiell (BBO # 114520)
Dashiell & Associates, P.C.
6 Codman Hill Avenue
Boston, Massachusetts 02124
(617) 590-5780
fred.dashiell@gmail.com


July 26, 2023


## Certificate of Service

I hereby certify that a true and accurate copy of this document was filed through the Electronic Case Filing system, and will be served upon the attorney of record for each party registered to receive electronic service on this 26th day of July, 2023.

/s/ Samantha Fuchs
Samantha Fuchs