UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT O'SHEA, CHAIRMAN OF THE WARD 6 DEMOCRATIC COMMITTEE, ET AL,<br><br>                Plaintiffs,<br><br>v.<br><br>BOSTON CITY COUNCIL<br>                Defendant. | C.A. No. 1:22-cv-12048-PBS |

**NOTICE OF APPEARANCE**

TO THE CLERK IN THE ABOVE-REFERENCED COURT:

    Please enter the appearance of Thomas Broom as counsel of record in the above-captioned matter for Defendant Boston City Council.

Date:  9/7/23

Respectfully submitted,

**BOSTON CITY COUNCIL**

By its attorneys:

ADAM CEDERBAUM
Corporation Counsel

/s/ Thomas J. Broom
Thomas Broom (BBO# 703136)
Assistant Corporation Counsel
City of Boston Law Department
City Hall, Room 615
Boston, MA  02201
(617) 635-4034
thomas.broom@boston.gov

## CERTIFICATE OF SERVICE

   I, Thomas Broom, hereby certify that I served a true copy of the above document all parties of record via this court's electronic filing system and upon those non-registered participants via first class mail.

Date: ___9/7/23_____          _____/s/ Thomas J. Broom_____