UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| RASHEED WALTERS, ET AL, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | CIVIL ACTION |
| | ) | NO. 22-12048-PBS |
| THE CITY OF BOSTON, ET AL | ) | |
| | ) | |
| Defendants. | ) | |

## SETTLEMENT ORDER OF DISMISSAL

SARIS, D.J.

The Court having been advised, on October 19, 2023, that the above-entitled action has been settled:

It is hereby ORDERED that this action is hereby DISMISSED without prejudice to the right of any party, upon good cause shown to re-open the action within thirty (30) days if settlement is not consummated.

By the Court:

Robert Farrell, Clerk

/ s / Clarilde Karasek
Deputy Clerk

DATED: October 19, 2023